PAUL F. GIOVINE v. MACK TRUCKS, INC.

September 23, 1976. Petition for certification denied.

ROBERT BAXTER v. FAIRMONT FOOD CO.

September 23, 1976. Petition for certification granted.

DONALD R. NEIL v. ALEXANDER WITTEK.

September 23, 1976. Petition for certification denied.

IN RE: JOHN LARDIERE CHARGED WITH CIVIL CONTEMPT OF THE STATE COMM. OF INVESTIGATION.

September 23, 1976. Petition for certification denied.

LINDA FAISON v. MILLER PEACOCK.

September 23, 1976. Petition for certification denied.

JOHN LARDIERE v.
COCA-COLA BOTTLING COMPANY, INCORPORATED.

September 23, 1976. Petition for certification denied.